```
           UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
              CIVIL DOCKET ENTRIES FOR CASE A05-0269--CV (JWS)
                          "AT&T CORP V NOOK NET LLC"

              Including terminated parties, excluding terminated counsel


   Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
  Magistrate Judge:
     Referral Rule:
             Filed: 11/15/05
            Closed: NO

      Jurisdiction: (4) Diversity (see citizenship of parties)
     PLF Diversity: (1) Citizen of This State
     DEF Diversity: (5) Incorporated and Principal Place of Business in Another State

    Nature of Suit: (190) Other contract actions
                    28:1332
            Origin: (1) Original Proceeding
            Demand: 93
        Filing fee: Paid $250.00 on 11/15/05 receipt # 00127087
          Trial by:


Parties of Record:                          Counsel of Record:

PLF 1.1           AT&T CORP                   Kenneth P. Jacobus
                                              310 K Street, Suite 200
                                              Anchorage, AK 99501
                                              907-277-3333
                                              FAX 907-264-6666

DEF 1.1           NOOK NET LLL                No counsel found for this party!
```

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                CIVIL DOCKET ENTRIES FOR CASE A05-0269--CV (JWS)
                          "AT&T CORP V NOOK NET LLC"

                              For all filing dates


   Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
   Magistrate Judge:
     Referral Rule:
             Filed: 11/15/05
            Closed: NO

      Jurisdiction: (4) Diversity (see citizenship of parties)
     PLF Diversity: (1) Citizen of This State
     DEF Diversity: (5) Incorporated and Principal Place of Business in Another State

    Nature of Suit: (190) Other contract actions
                    28:1332
            Origin: (1) Original Proceeding
            Demand: 93
        Filing fee: Paid $250.00 on 11/15/05 receipt # 00127087
          Trial by:


 Document #   Filed        Docket text

    1 -   1   11/15/05     Complaint filed w/att exh; Summons issued.
```