AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of   ALASKA

AT&T Corp., a New York Corporation

V.

NOOK NET LLC, an Alaskan Limited
Liability Company

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:   A 0 5 - 2 6 9 . CV

TO: (Name and address of Defendant)

NOOK NET LLC
RAMON GANDIA, REGISTERED AGENT
PO BOX 970
NOME ALASKA 99762

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

KENNETH P. JACOBUS, P.C.
310 K STREET, SUITE 200
ANCHORAGE AK 99501-2064

an answer to the complaint which is served on you with this summons, within _____20_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

IDA ROMACK                                    NOVEMBER 15, 2005

CLERK                                         DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | 3 23 06 |
| NAME OF SERVER (PRINT)  H. Witrosky | TITLE  Trooper | |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served:

@ his residence on the Dexter By Pass Rd.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | | |
|---|---|---|---|
| TRAVEL  0.00 | SERVICES  $45.00 | | TOTAL  $45.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___3 23 06___          _____
                Date                        Signature of Server

_____AST  Nome  AK_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.