AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of ALASKA

AT&T Corp., a New York Corporation

V.

NOOK NET LLC, an Alaskan Limited Liability Company

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: A05-269 CV

TO: (Name and address of Defendant)

NOOK NET LLC
RAMON GANDIA, REGISTERED AGENT
PO BOX 970
NOME ALASKA 99762

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

KENNETH P. JACOBUS, P.C.
310 K STREET, SUITE 200
ANCHORAGE AK 99501-2064

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

IDA ROMACK                                     NOVEMBER 15, 2005

CLERK                                          DATE

_(signature)_
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 3/23/06 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| A. Witrosky | Trooper |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served:
@ his residence on the Dexter Bypass Rd.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 0.00 | $45.00 | $45.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3/23/06
             Date                Signature of Server

AST Nome AK
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.