Kenneth P. Jacobus, Esq.
KENNETH P. JACOBUS, P.C.
310 K Street, Suite 200
Anchorage AK 99501-2064
(907) 277-3333 - phone
(907) 264-6666 - fax
kpjlaw@yahoo.com

Counsel for Plaintiffs

THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| AT&T Corp., a New York Corporation, ) | |
| ) | |
| Plaintiff, ) | **APPLICATION TO CLERK** |
| ) | **FOR ENTRY OF DEFAULT** |
| vs. ) | |
| ) | |
| NOOK NET, LLC, an Alaskan Limited ) | |
| Liability Company ) | |
| ) | |
| Defendant. ) | |
| _____ ) | Case No. A05-269 CV |

To: Clerk of the United States District Court for the District of Alaska:

Plaintiff, AT&T Corp, requests that the Clerk of this Court enter default against defendant Nook Net LLC, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, for its failure to plead in or otherwise defend this action.

The undersigned hereby declares and certifies as follows:

(1) I am one of the attorneys for AT&T Corp., the plaintiff in this action, and have the requisite knowledge and authority to make this declaration and certification.

(2) On November 15, 2005, a complaint was filed in this Court by AT&T Corp. against Nook Net LLC, and a summons was issued.

(3) This summons and a copy of the complaint were served on Nook Net LLC on March

(3) This summons and a copy of the complaint were served on Nook Net LLC on March 23, 2006, by personal delivery by the Alaska State Troopers on Ramon Gandia, the registered agent for Nook Net LLC, at his home in Nome, Alaska. This return of service is on file in this Court.

(4) More than twenty (20) days have elapsed since the date on which Nook Net LLC was served with the summons and a copy of the complaint.

(5) Nook Net LLC has failed to answer or otherwise defend against AT&T's complaint, or serve a copy of any answer or other defense which they might have had upon Kenneth P. Jacobus, P.C., or Assayag, Mauss, Kempton, Attorneys for AT&T Corp. in this action.

(6) Neither the defendant nor its registered agent are infants, incompetents, or in the military service of the United States.

(7) Pursuant to 28 U.S.C. §1746, the undersigned certifies and declares under penalty of perjury that the foregoing is true and correct.

Executed at Anchorage, Alaska, this 22nd day of April, 2006

KENNETH P. JACOBUS, P.C.
Attorney for Plaintiff

By /s/ Kenneth P. Jacobus
KENNETH P. JACOBUS, P.C.
310 K Street, Suite 200
Anchorage AK 99501-2064
Phone: (907) 277-3333
Fax: (907) 264-6666
E-mail: kpjlaw@yahoo.com
ABA No. 6911036

KENNETH P. JACOBUS, P.C.
310 K STREET, SUITE 200
ANCHORAGE AK 99501-2064
TELEPHONE (907) 277-3333

Kenneth P. Jacobus, Esq.
KENNETH P. JACOBUS, P.C.
310 K Street, Suite 200
Anchorage AK 99501-2064
(907) 277-3333 - phone
(907) 264-6666 - fax
kpjlaw@yahoo.com

Counsel for Plaintiffs

THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| AT&T Corp., a New York Corporation, | ) |
| Plaintiff, | ) |
| vs. | ) **ENTRY OF DEFAULT** <br> ) **(F.R.C.P. 55(a))** |
| NOOK NET, LLC, an Alaskan Limited Liability Company | ) |
| Defendant. | ) |
| | ) Case No. A05-269 CV |

It appears that the defendant, Nook Net LLC, an Alaska Limited Liability Company, is in default in this action for failure to appear or otherwise defend as required by law.

ACCORDINGLY, default is hereby entered against Nook Net LLC.

Dated this _____ day of April, 2006.

_____
Clerk
United States District Court for
the District of Alaska