Kenneth P. Jacobus, Esq.
KENNETH P. JACOBUS, P.C.
310 K Street, Suite 200
Anchorage AK 99501-2064
(907) 277-3333 - phone
(907) 264-6666 - fax
kpjlaw@yahoo.com

Counsel for Plaintiffs

## THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| AT&T Corp., a New York Corporation,<br><br>        Plaintiff,<br><br>vs.<br><br>NOOK NET, LLC, an Alaskan Limited Liability Company<br><br>        Defendant. | **ENTRY OF DEFAULT**<br>(F.R.C.P. 55(a))<br><br>Case No. A05-269 CV |

It appears that the defendant, Nook Net LLC, an Alaska Limited Liability Company, is in default in this action for failure to appear or otherwise defend as required by law.

ACCORDINGLY, default is hereby entered against Nook Net LLC.

Dated this _____ day of April, 2006.

_____
Clerk
United States District Court for
the District of Alaska

KENNETH P. JACOBUS, P.C.
310 K STREET, SUITE 200
ANCHORAGE AK 99501-2064
TELEPHONE (907) 277-3333