Kenneth P. Jacobus, Esq.
KENNETH P. JACOBUS, P.C.
310 K Street, Suite 200
Anchorage AK 99501-2064
(907) 277-3333 - phone
(907) 264-6666 - fax
kpjlaw@yahoo.com

Counsel for Plaintiffs

THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| AT&T Corp., a New York Corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>NOOK NET, LLC, an Alaskan Limited Liability Company<br><br>    Defendant. | ) **ENTRY OF DEFAULT**<br>) **(F.R.C.P. 55(a))**<br>)<br>) Case No. A05-269 CV |

It appears that the defendant, Nook Net LLC, an Alaska Limited Liability Company, is in default in this action for failure to appear or otherwise defend as required by law.

ACCORDINGLY, default is hereby entered against Nook Net LLC.

Dated this 24th day of April, 2006.


      _Ida Romack_
      Clerk
      United States District Court for
      the District of Alaska


      _Pam Richter_
      by Deputy Clerk

KENNETH P. JACOBUS, P.C.
310 K STREET, SUITE 200
ANCHORAGE AK 99501-2064
TELEPHONE (907) 277-3333