1  KATHRYN L. KEMPTON, BAR No. 173543
   JAIME K. SHEAN, BAR No. 217657
2  ASSAYAG MAUSS KEMPTON
   A Professional Law Corporation
3  2915 Redhill Avenue, Suite 200
   Costa Mesa, California 92626
4  Telephone: (714) 427-6800
   Fax: (714) 427-6888
5
   Attorneys for Plaintiff, AT&T Corp.
6

7  KENNETH P. JACOBUS, ABA# 6911036
   KENNETH P. JACOBUS, P.C.
8  310 K Street, Suite 299
   Anchorage, AK 99501
9  Telephone: (907) 277-3333
   Fax: (907) 264-6666
10 kpjlaw@yahoo.com

11

12                     UNITED STATES DISTRICT COURT

13                          DISTRICT OF ALASKA

14
    AT&T Corp., a New York            )  Case No. A05-269 CV
15  corporation,                      )
                                      )
16       Plaintiff,                   )  **APPLICATION FOR ENTRY OF**
                                      )  **DEFAULT JUDGMENT AGAINST**
17  vs.                               )  **DEFENDANT NOOK NET, LLC, AN**
                                      )  **ALASKA LIMITED LIABILITY**
18  NOOK NET, LLC, an Alaska          )  **COMPANY**
    limited liability company,        )
19                                    )
         Defendant.                   )
20                                    )
                                      )
21                                    )
                                      )
22                                    )
                                      )
23  _____

24

25           TO THE HONORABLE COURT:

26           Plaintiff AT&T Corp. ("Plaintiff") hereby requests that the
27  Court consider the application submitted herewith and enter default
28  judgment in this matter against defendant NOOK NET, LLC, an Alaska

                                     1

limited liability company, ("Defendant") under Rule 55(b)(2) of the Federal Rules of Civil Procedure. The Affidavits of Jaime K. Shean, Kenneth P. Jacobus and Marla Carper, filed concurrently herewith, establish proof of the following:

1. A clerk's default was entered against Defendant on April 24, 2006;

2. A sum certain is due and owing to Plaintiff by Defendant for telecommunications and Internet services provided by Plaintiff to Defendant under Privateline Account number 8002-018-5429 (the "Privateline Account") and ARBOR Account number 2100-8506-3153 (the "ARBOR Account") (collectively, the "Accounts");

3. Defendant is not an infant, incompetent person or person in military service or otherwise exempted under the Soldiers' and Sailors' Civil Relief Act of 1940;

4. Plaintiff is entitled to judgment against said Defendant pursuant to the claims pled in the Complaint, to wit, breach of contract, open book account, account stated, and quantum meruit;

5. The amount of judgment sought is the principal sum of $92,540.63, together with interest thereon at the reasonable rate of 9 percent per annum[1] from the date payment was due to May 15, 2006 in

---

[1] In Schwimmer v. Allstate Insurance Company, 176 F.3d 648 (1999), the Court ruled that "[f]ederal courts exercising diversity jurisdiction must apply the choice of law rules of the forum state." The parties contracted that the Master Agreement

the sum of $14,966.96, plus attorneys' fees for AT&T's local Alaska counsel and California counsel in the total amount of $8,714.50, and costs of $296.35, for a total judgment of $116,518.44; and

    6. Additional interest may have accrued as of the time of entry of judgment.

Date: May 18, 2006            KENNETH P. JACOBUS, P.C.

By: _____
KENNETH P. JACOBUS
Attorneys for AT&T Corp.
ABA# 6911036

---

would be governed by the substantive law of New York. New York Civil Practice Law and Rules § 5004 provides for prejudgment interest at a rate of nine percent per annum.