UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| AT&T Corp., a New York corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>NOOK NET, LLC, an Alaska limited liability company,<br><br>    Defendant. | Case No. A05-269 CV<br><br>**DEFAULT JUDGMENT** |

    This Court having considered the pleadings and papers on file in this matter, and Pursuant to the Application of Plaintiff AT&T Corp. and the supporting Affidavits of Marla Carper, Jaime K. Shean and Kenneth P. Jacobus, and good cause appearing therefore,

    Judgment is hereby entered in favor of Plaintiff AT&T Corp. against Defendant NOOK NET, LLC, an Alaska limited liability company, in the principal amount of $92,540.63, plus pre-judgment interest in the amount of $14,966.96, plus attorney fees in the

amount of $8,714.50, plus costs in the amount of $296.35, for a total judgment of $116,518.44.  This judgment will bear interest at the rate of 5.01% per annum from Mays 15, 2006, until paid in full.

        Dated at Anchorage, Alaska, this _____ day of May, 2006.

_____
JUDGE OF THE UNITED STATES DISTRICT COURT