KATHRYN L. KEMPTON, BAR No. 173543
JAIME K. SHEAN, BAR No. 217657
ASSAYAG MAUSS KEMPTON
A Professional Law Corporation
2915 Redhill Avenue, Suite 200
Costa Mesa, California 92626
Telephone: (714) 427-6800
Fax: (714) 427-6888

Attorneys for Plaintiff, AT&T Corp.

KENNETH P. JACOBUS, ABA# 6911036
KENNETH P. JACOBUS, P.C.
310 K Street, Suite 299
Anchorage, AK 99501
Telephone: (907) 277-3333
Fax: (907) 264-6666
kpjlaw@yahoo.com

## UNITED STATES DISTRICT COURT

### DISTRICT OF ALASKA

| | |
|---|---|
| AT&T Corp., a New York corporation, | ) Case No. A05-269 CV |
| Plaintiff, | ) |
| vs. | ) **AFFIDAVIT OF JAIME K. SHEAN IN SUPPORT OF JUDGMENT BY COURT AFTER DEFAULT AND RE: ATTORNEYS' FEES AND COSTS** |
| NOOK NET, LLC, an Alaska limited liability company, | ) |
| Defendant. | ) |
| | ) |

I, Jaime K. Shean, hereby state an oath:

1.   I am an attorney at law duly licensed to practice before the Courts of the State of California and the United States

District Court and an associate at the firm of Assayag Mauss Kempton, attorneys for Plaintiff AT&T Corp. ("Plaintiff").  I have personal knowledge of the matters set forth herein and, if called upon to testify as to the matters set forth in this Affidavit, I could and would give competent testimony as to the facts contained herein, as I know them to be true and correct and declare them of my own personal knowledge, except for those facts declared upon information and belief.

2.    NOOK NET, LLC, an Alaska limited liability company, ("Defendant") is not an infant, incompetent person, or person in military service or otherwise exempted from default judgment under the Soldiers' and Sailors' Civil Relief Act of 1940.

3.    This action involves a claim for damages by Plaintiff against Defendant for breach of contract, open book account, account stated, and quantum meruit.

4.    There is now due and owing under said obligation the principal sum of $92,540.63 for telecommunications and Internet services rendered to Defendant.

5.    The said sum has not been paid.

6.    AT&T is requesting prejudgment interest at the reasonable rate of 9 percent per annum in the amount of $14,966.96. See Application for Entry of Default Judgment, page 2, fn. 1, filed concurrently herewith.

1       7.   AT&T is entitled to all attorneys' fees and costs

2 expended in connection with this matter pursuant to section 2.3 of

3 the Master Agreement, which is attached to the Affidavit of Marla

4 Carper, filed concurrently herewith, which provides that "CUSTOMER

5 shall reimburse AT&T for all costs (including reasonable attorney

6 fees) associated with collecting delinquent and dishonored payments."

7

8       8.   Plaintiff has incurred actual attorneys' fees in the

9 total amount of $5,692.00 as follows:

10

| DATE | DESCRIPTION | HRS. | RATE | AMOUNT |
|---|---|---|---|---|
| October 2005 | Receive and review new matter; analysis re litigation; review client documents; communications with local counsel; correspondence with Customer. | 1.7 | $195.00 | $331.50 |
| October 2005 | Review client documents; legal analysis; preparation of correspondence; communications with potential local counsel. | 4.4 | $100.00 | $440.00 |
| November 2005 | Correspondence with local counsel; review client documents; legal analysis; preparation of legal pleadings; communications with client; review correspondence from customer; formulation of legal strategy. | 8.8 | $195.00 | $1,716.00 |
| November 2005 | Legal analysis; preparation of documents. | 1.3 | $100.00 | $130.00 |
| December 2005 | Communications with local counsel; communications with client; correspondence with Defendant; legal analysis. | 2.5 | $195.00 | $487.50 |
| December 2005 | Preparation of documents. | .2 | $100.00 | $20.00 |

| | | | | |
|---|---|---|---|---|
| January 2006 | Legal analysis; formulation of strategy; multiple communications with Defendant; multiple communications with local counsel; follow up re case management. | 2.5 | $195.00 | $487.50 |
| February 2006 | Follow up re service of pleadings on Defendant; multiple communications with local counsel. | 1.0 | $195.00 | $195.00 |
| March 2006 | Follow up re service of pleadings on Defendant; multiple communications with local counsel. | 1.1 | $195.00 | $214.50 |
| April 2006 | Communications with local counsel; communications with client; review client documents; preparation of documents. | 1.5 | $195.00 | $292.50 |
| April 2006 | Preparation of documents. | 3.5 | $100.00 | $590.00 |
| May 2006 | Review documents; multiple communications with local counsel. | 2.5 | $195.00 | $487.50 |
| May 2006 | Continue preparation of pleadings. | 3.0 | $100.00 | $300.00 |
| **TOTAL:** | | | | $5,692.00 |

Thus, Plaintiff is entitled to actual attorneys' fees in the total amount of $5,692.00.

///
///
///
///
///
///
///

1           Pursuant to 28 U.S.C. 1746, the undersigned certifies and

2    declares under penalty of perjury and under the laws of the State of

3    California and of the United States of America that the foregoing is

4    true and correct.

5

6           Executed this 18 day of May 2006, at Costa Mesa,

7    California.

8

9         JAIME K. SHEAN, Affiant

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28