KATHRYN L. KEMPTON, BAR No. 173543
JAIME K. SHEAN, BAR No. 217657
ASSAYAG MAUSS KEMPTON
A Professional Law Corporation
2915 Redhill Avenue, Suite 200
Costa Mesa, California 92626
Telephone: (714) 427-6800
Fax: (714) 427-6888

Attorneys for Plaintiff, AT&T Corp.

KENNETH P. JACOBUS, ABA# 6911036
KENNETH P. JACOBUS, P.C.
310 K Street, Suite 299
Anchorage, AK 99501
Telephone: (907) 277-3333
Fax: (907) 264-6666
kpjlaw@yahoo.com

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| AT&T Corp., a New York corporation,<br><br>        Plaintiff,<br><br>vs.<br><br>NOOK NET, LLC, an Alaska limited liability company,<br><br>        Defendant. | Case No. A05-269 CV<br><br>**AFFIDAVIT OF KENNETH P. JACOBUS IN SUPPORT OF JUDGMENT BY COURT AFTER DEFAULT AND RE: LOCAL COUNSEL ATTORNEYS' FEES AND COSTS** |

I, Kenneth P. Jacobus, hereby state an oath:

1. I am an attorney at law duly licensed to practice before the United States District Court for the District of Alaska

-1-

and a partner at the Law Office of Kenneth P. Jacobus, local counsel for Plaintiff AT&T Corp. ("Plaintiff"). I have personal knowledge of the matters set forth herein, and if called upon to testify as to the matters set forth in this Affidavit, I could and would give competent testimony as to the facts contained herein, as I know them to be true and correct and declare them of my own personal knowledge, except for those facts declared upon information and belief.

2. In or about November 2005, Plaintiff retained the Law Office of Kenneth P. Jacobus to provide professional, local counsel services in connection with a claim against defendant NOOK NET, LLC, an Alaska limited liability company ("Defendant"). Professional legal services were provided by the Law Office of Kenneth B. Jacobus beginning in November 2005 and are continuing through the present in this regard.

3. AT&T is entitled to all attorneys' fees and costs expended in connection with this matter pursuant to section 2.3 of the Master Agreement, which is attached to the Affidavit of Marla Carper, filed concurrently herewith, which provides that "CUSTOMER shall reimburse AT&T for all costs (including reasonable attorney fees) associated with collecting delinquent and dishonored payments."

///
///
///
///
///

4. Plaintiff has incurred the following costs in connection with the prosecution of this action:

| DATE | DESCRIPTION | COST |
|---|---|---|
| November 15, 2005 | Complaint filing fee | $250.00 |
| February 13, 2006 | Service of Complaint upon Nook Net, LLC | $46.35 |
| **TOTAL COSTS** | | **$296.35** |

5. Plaintiff has incurred local counsel attorneys' fees during the period November 2005 through April 2006 in the total amount of **$3,022.50** as follows:

| DATE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| November 2005 | Communications with counsel to AT&T; refine pleadings; file pleadings. | 3.6 | $195.00 | $702.00 |
| January 2006 | Communications with counsel to AT&T; legal analysis; serve pleadings on defendant. | 2.6 | $195.00 | $507.00 |
| February 2006 | Telephone conference with State Troopers; communications with counsel to AT&T. | 1.8 | $195.00 | $351.00 |
| March 2006 | Telephone conference with State Troopers; communications with counsel to AT&T. | 1.0 | $195.00 | $195.00 |
| April 2006 | Communications with counsel to AT&T; legal analysis; preparation of pleadings. | 4.2 | $195.00 | $819.00 |
| May 2006 | Communications with counsel to AT&T; preparation of pleadings; file pleadings. | 2.3 | $195.00 | $448.50 |
| **TOTAL:** | | | | **$3,022.50** |

1  Thus, Plaintiff is entitled to actual local counsel attorneys' fees
2  in the total amount of $3,022.50.
3
4          Pursuant to 28 U.S.C. 1746, the undersigned certifies and
5  declares under penalty of perjury and under the laws of the State of
6  Alaska and of the United States of America that the foregoing is true
7  and correct.
8
9          Executed this 18th day of May 2006, at Anchorage, Alaska.
10
11
12                                 Kenneth P. Jacobus, Affiant