UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

<u>AT&T CORPORATION</u>   v.   <u>NOOK NET LLC</u>

THE HONORABLE JOHN W. SEDWICK

DEPUTY CLERK                               CASE NO. <u>3:05-cv-00269 JWS</u>

<u>Linda Christensen</u>

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**        DATE: June 8, 2006

     The Clerk entered the default of defendant Nook Net LLC on April 24, 2006 (doc. 6). At docket 7, plaintiff moves for default judgment for a sum certain plus pre-judgment interest and costs including attorney fees. The motion is found to be properly supported and to have merit. Accordingly, the motion for default judgment at docket 7 is **GRANTED**.

     The Clerk shall enter judgment dated nunc pro tunc as of May 15, 2006, that plaintiff recover from defendant the principal sum of $92,540.63, plus pre-judgment interest of $14,966.96, plus attorney fees in the amount of $8,714.50, plus costs of $296.35 for a total judgment of $116,518.44. The judgment shall bear post judgment interest at the rate allowed by federal law from May 16, 2006 until paid.

[]{IA.WPD*Rev.12/96}