UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

AT&T CORPORATION,
      Plaintiff,

                              Case Number 3:05-cv-00269 JWS

v.

NOOK NET LLC,
      Defendant.             **JUDGMENT IN A CIVIL CASE**

\_\_\_ **JURY VERDICT**. This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **DECISION BY COURT**. This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered.

      IT IS ORDERED AND ADJUDGED:

that Plaintiff AT&T Corporation, recover of defendant Nook Net LLC, the sum of **$92,540.63**, together with prejudgment interest in the amount of **$14,966.96** , attorney's fees in the amount of **$8,714.50** and plaintiff's cost of action in the amount of **$296.35** for a total judgment of **$116,518.44** with postjudgment interest thereon at the rate of **4.98%** as provided by law.

*NOTE: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.3, and 58.1.*

APPROVED

REDACTED SIGNATURE

JOHN W. SEDWICK
United States District Judge

                                            IDA ROMACK
                                    Ida Romack, Clerk of Court

Date: Nunc Pro Tunc
      May 15, 2006

[Jmt1-with fees and costs-revised 1-30-06]